IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAOMI SPEAKS,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-487 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **ELWYN INDUSTRIES, INC.** | : | |
| Defendants. | : | |

## ORDER

This 25th day of November, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment (ECF 25, ECF 26) are **GRANTED** and this case is **DISMISSED**. The Clerk of Court is requested to mark this case **CLOSED.**

  /s/ Gerald Austin McHugh
United States District Judge